**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**DECEMBER 3, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6788**

| In the Matter of | Case Number: |
|---|---|

KRISTEN KIDA
v.
DEVONO'S RISTORANTE FAMIGLIA, JOHN ORR, owner, in his individual capacity, DONALD SHILNEY, owner, in his individual capacity

**JUDGE DARRAH**
**MAGISTRATE JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Kristen Kida

| NAME (Type or print) |
|---|
| Heidi Karr Sleper |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Heidi Karr Sleper |
| FIRM |
| Kurtz Law Offices, LLC |
| STREET ADDRESS |
| 414 South State Street |
| CITY/STATE/ZIP |
| Lockport, Illinois  60441 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6287421 | 815.838.0968 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐