**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 07 C 6788
KRISTEN KIDA,
  Plaintiff,
v.
DEVONO'S RISTORANTE FAMIGLIA, JOHN ORR, owner,
in his individual capacity, DONALD SHILNEY, owner, in his

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Devono's Ristorante Famiglia, John Orr, Donald Shilney.

| | |
|---|---|
| NAME (Type or print) <br> V. Brette Bensinger | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ V. Brette Bensinger | |
| FIRM <br> Hinshaw & Culbertson LLP | |
| STREET ADDRESS <br> 222 N. LaSalle Street, #300 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06285734 | TELEPHONE NUMBER <br> 312.704.3027 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |