IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kirsten Kida, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 07 C 6788 |
| v. ) | |
| ) | Judge Darrah |
| Devono's Ristorante Famiglia;  John Orr, owner, ) | |
| in his individual capacity, Donald Shilney, ) | |
| owner, in his individual capacity, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, December 27, 2007, at 9:00 a.m.,** or as soon thereafter, I shall appear before the Honorable Judge John W. Darrah, or any judge sitting in his stead in Courtroom Room 1203 in the Dirksen Federal Building, Chicago, Illinois, 60601, and shall then and there present Defendants' 12(b)(6) Motion to Dismiss, a copy of which is attached hereto and served upon you.

HINSHAW & CULBERTSON LLP

By: **/S/V. Brette Bensinger**
One of the Attorneys for Defendants

Matthew P. Walsh, II
V. Brette Bensinger
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
Firm No.: 90384

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I caused this notice to be filed and the document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record.

By: s/V. Brette Bensinger

6266446v1 870707