## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6788 | **DATE** | December 26, 2007 |
| **CASE TITLE** | Kida v. Devono's Ristorante Famiglia, et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' Motion to Dismiss [10], [11] is entered and continued. Plaintiffs' response is to be filed on or before January 18, 2008. Defendants' reply brief is to be filed on or before January 25, 2008. The status hearing scheduled for February 5, 2008, is stricken and reset to February 28, 2008, at 9:00 a.m.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|