AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**07 C 6788**

SUMMONS IN A CIVIL CASE

KRISTEN KIDA

V.

DEVONO'S RISTORANTE FAMIGLIA, JOHN ORR, owner, in his individual capacity, DONALD SHILNEY, owner, in his individual capacity

CASE NUMBER: **JUDGE DARRAH**

ASSIGNED JUDGE: **MAGISTRATE JUDGE COLE**

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

John Orr
14249 Wolf Road
Orland Park, Illinois 60467

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dana L. Kurtz
Heidi Karr Sleper
Kurtz Law Offices, LLC
414 South State Street
Lockport, Illinois 60441
Telephone: 815.838.0968

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**December 3, 2007**

Date

United States District Court

Northern District of Illinois

CASE NAME.: Kristen Kida vs. Devono's Ristorante Famiglia, et al

CASE NUMBER: 07 C 6788

**AFFIDAVIT OF PROCESS SERVER**

I, **Chris Broderick**, being duly sworn on oath, deposes and states as follows:

1. I am an investigator, process server and an employee of Elite Process Service & Investigations, Inc. with its principal place of business located in Lisle, Illinois 60532. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons and Complaint** in the above captioned matter on **John Orr** at his/her usual place of abode located at **12400 South Wolf Road, Palos Park, IL 60464** on **12/07/2007** at **6:46 AM**.
Description: **Sex: Male – Age: 57 – Skin: White – Hair: Blonde – Height: 5.8 – Weight: 160**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X _____
Chris Broderick

Subscribed and Sworn to before me on this ___ day of _____, 20__.

_____ Notary Public

"OFFICIAL SEAL"
Melanie Broderick
Notary Public, State of Illinois
My Commission Exp. 03/02/2009

9789