AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**07 C 6788**

**SUMMONS IN A CIVIL CASE**

KRISTEN KIDA

V.

DEVONO'S RISTORANTE FAMIGLIA, JOHN ORR, owner, in his individual capacity, DONALD SHILNEY, owner, in his individual capacity

CASE NUMBER: **JUDGE DARRAH**
**MAGISTRATE JUDGE COLE**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Donald Shilney
14249 Wolf Road
Orland Park, Illinois 60467

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dana L. Kurtz
Heidi Karr Sleper
Kurtz Law Offices, LLC
414 South State Street
Lockport, Illinois 60441
Telephone: 815.838.0968

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**December 3, 2007**
**Date**

In the United States District Court

For the Northern District of Illinois, Eastern Division

CASE NAME.: Kristen Kida vs. Devono's Ristorante Familia, et al.

CASE NUMBER: 07 C 6788

## AFFIDAVIT OF PROCESS SERVER

I, **Chris Broderick**, being duly sworn on oath, deposes and states as follows:

1. I am an investigator, process server and an employee of Elite Process Service & Investigations, Inc. with its principal place of business located in Lisle, Illinois 60532. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint** in the above captioned matter on **Donald Shilney** at his/her usual place of abode located at **5848 107th Place, Chicago Ridge, IL 60415** on **12/12/2007** at **6:20 AM**.
Description: **Sex: Male – Age: 56 – Skin: White – Hair: Gray – Height: 5.9 – Weight: 180**
Comments: Glasses. Defendant called me a jag-off as I was walking away.

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X_____
Chris Broderick

Subscribed and Sworn to before me on this ____ day of _____, 20__.

_____ Notary Public