UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Kristen Kida
                               Plaintiff,
v.                                          Case No.: 1:07−cv−06788
                                            Honorable John W. Darrah
Devono's Ristorante Famiglia, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 28, 2008:

MINUTE entry before Judge John W. Darrah :Status hearing held and continued to 4/17/08 at 9:00 a.m. Rule 26(a)(1) disclosures to be exchanged by 3/20/08. Defendants to answer the complaint by 4/1/08. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.