UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Kristen Kida

                Plaintiff,

v.                                          Case No.: 1:07−cv−06788
                                              Honorable John W. Darrah

Devono's Ristorante Famiglia, et al.

                Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Jeffrey Cole for the purpose of holding proceedings related to: settlement conference.(maf, )Mailed notice.

Dated: April 30, 2008

                                                                     /s/ John W. Darrah

                                                                  United States District Judge