## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6788 | **DATE** | 5/6/2008 |
| **CASE TITLE** | Kida vs. Devono's Ristorante Famiglia, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Settlement Conference is set for June 9, 2008 at 3:30 p.m. With in the next 10 days parties are to have a face to face settlement conference prior to formal settlement conference as discussed in court. All parties are directed to refer to Judge Cole's "Settlement Conference Procedures", found on "www.ilnd.uscourts.gov" and to comply with its directives before appearing at the settlement conference. Parties with authority to settle must be present at the conference. As provided in the instructions, plaintiff's counsel shall deliver copies of the required settlement letters to chambers from both plaintiff and defendant by no later than (4) calendar days before the conference. Non-compliance with the 4-day Rule makes it difficult and often impossible for the conference to proceed effectively. Failure to comply with the 4-day Rule may necessitate cancellation of the conference.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CDH |
|---|---|---|