## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6788 | **DATE** | 6/9/2008 |
| **CASE TITLE** | Kida v. Devono's Ristorante Famiglia, et al. | | |

**DOCKET ENTRY TEXT**

Settlement conference held. Case settled. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|