## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Kristen Kida
                              Plaintiff,
v.                                              Case No.: 1:07−cv−06788
                                                Honorable John W. Darrah
Devono's Ristorante Famiglia, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

    MINUTE entry before the Honorable John W. Darrah:Parties advised the Court that this case has settled. Status hearing set for 6/25/08 is re−set to 9/3/08 at 9:00 a.m. If the parties file a stipulation to dismiss or an order of dismissal prior to the status hearing, an appearance is not necessary. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.