THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KRISTEN KIDA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEVONO'S RISTORANTE FAMIGLIA,<br>JOHN ORR, owner, in his individual capacity,<br>DONALD SHILNEY, owner, in his individual capacity,<br><br>    Defendants. | Case No.: 07 C 6788 |

**STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. 41(A)(1)**

In accordance with Federal Rules of Civil Procedure 41, and the case having been mutually resolved and settled between the parties, Plaintiff KRISTEN KIDA voluntarily dismisses with prejudice all claims against all Defendants, including DEVONO'S RISTORANTE FAMIGLIA, JOHN ORR, owner, in his individual capacity, DONALD SHILNEY, owner, in his individual capacity, for which this action was brought, with each party to bear its own attorneys' fees and costs.

Dated: July 22, 2008

Respectfully submitted,


**Counsel for Relator**

*s/Dana L. Kurtz*
*Electronically filed on July 22, 2008*

Dana L. Kurtz (ARDC #: 6256245))
Kurtz Law Office, LLC
414 S. State Street
Lockport, IL 60441
Phone:  815.838.0968
Facsimile:  312.893.2239
E-mail: dkurtz@kurtzlaw.us



**Counsel for Defendants**

*s/Matthew Walsh*
*Electronically filed on July 22, 2008*

Mr. Matthew Walsh
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies and states that the attached documents were served on the designated attorneys by electronic service via the Court's ECF System on this 22nd day of July 2008.

Matthew Patrick Walsh    mwalsh@hinshawlaw.com

Virginia Brette Bensinger    bbensinger@hinshawlaw.com,courtfiling@hinshawlaw.com

*s/Dana L. Kurtz*
*Electronically filed on July 22, 2008*